UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CAMERON HUGHES,                                          :
                                                        :
                          Plaintiff,                    :        26-CV-198 (PAE) (RWL)
                                                        :
              - against -                               :
                                                        :        **ORDER**
RUBIN & ROTHMAN, LLC,                                   :
                                                        :
                          Defendant.                    :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 13, 2026, Defendants filed a motion to dismiss for lack of standing. (See Dkts. 7-8.) Plaintiff shall file any opposition by **March 16, 2026**. Any reply by Defendants shall be filed by **March 30, 2026**. Plaintiff is advised that the form and length of briefs, motions, and other papers is governed by Southern District Local Rule 7.1.

                                   SO ORDERED.

                                   _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

Dated: February 17, 2026
          New York, New York

Copies transmitted this date to all counsel of record.

1