***ROBERT L. ARLEO, ESQ. P.C.***
1345 Avenue of the Americas
2nd Floor
New York, N.Y.  10105

Telephone: (212) 551-1115                                           Fax: (518) 751-1801
Email: robertarleo@gmail.com                                    www.robertarleo.com

March 18, 2026

Honorable Paul A. Engelmayer
United States District Judge
United States District Court, SDNY
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Cameron Hughes v. Rubin & Rothman, LLC
26-cv-00198 (PAE)(RWL)

Dear District Judge Engelmayer:

   I am corresponding as attorney for Rubin & Rothman, LLC, Defendant named in the above-entitled action. For the reasons set forth below, I ask Your Honor to strike the filings made today by Plaintiff as his opposition to Defendant's motion to dismiss the Complaint for lack of standing. On March 4, 2026, Plaintiff filed his Amended Complaint (Dkt. No. 13). I have today filed Defendant's Answer to the Amended Complaint (Dkt. No. 20). On March 16, 2026, Plaintiff sent an email to me containing copies of his opposition to Defendant's motion to dismiss his Complaint. A few minutes after I reviewed Plaintiff's email, I sent an email to Plaintiff, advising therein that his Amended Complaint is now the operative pleading, thus rendering Defendant's motion to dismiss the Complaint moot. A few minutes later, Plaintiff sent an email to me, confirming his understanding that the original Complaint is moot, and further asserting that the opposition motion would provide further "context of the situation", which would allegedly help in settlement discussions.

   For the reasons set forth above, all documents filed today by Plaintiff as part of his opposition to Defendant's motion to dismiss his Complaint should be stricken from the docket. I will leave it to Your Honor to decide whether Plaintiff should be held responsible for unnecessarily multiplier the pleadings by filing his opposition papers today and otherwise causing me to waste my valuable time based upon having to write and file this letter.

Respectfully submitted,

/  s  / *Robert L. Arleo*

Robert L. Arleo

RLA:gra
CC: Plaintiff via email

Whereas Plaintiff has filed an Amended Complaint (Dkt. 13), and Defendant has filed an Answer thereto, the motion to dismiss the original complaint at Dkt. 7 is DENIED AS MOOT. As the motion is moot, the documents filed by Plaintiff at Dkts. 15-18 will not be considered by the Court. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 7.

SO ORDERED:

3/19/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE