UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMERON HUGHES,

Plaintiff,

- against -

RUBIN & ROTHMAN, LLC,

Defendant.

---

26-CV-198 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 26, 2026 at Dkt. 27, the Court issued an order observing that the parties had not filed a status report by the requisite deadline of July 6, 2026, and that they shall file a status report by September 1, 2026. No status report has been filed. Accordingly, the parties shall file a joint status report by **October 1, 2026**. If the parties again fail to comply with the Court's orders, sanctions (monetary and/or otherwise) may be imposed. Additionally, the case may be dismissed for failure to prosecute.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 24, 2026
New York, New York

Copies transmitted this date to all counsel of record.